# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3627

_____

| | |
|---|---|
| Brandy Wilson, | * |
| | * |
| Plaintiff - Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Eastern District of Arkansas. |
| Michael J. Astrue, Commissioner of | * |
| Social Security, | * [UNPUBLISHED] |
| | * |
| Defendant - Appellee. | * |

_____

Submitted: August 11, 2010
Filed: August 12, 2011

_____

Before MELLOY, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

The Bartels Law Firm, LLC, and E. Gregory Wallace, Esq., successfully represented Brandy Wilson in an appeal from a denial of Social Security disability benefits. This court awarded attorneys' fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(b), but the United States Treasury offset the fee award against debts Wilson owed to the government. We issued an order in this case on September 15, 2008, finding that an EAJA attorneys' fee award "should not be offset against debts owed by the successful claimant." Wilson v. Astrue, No. 06-3627 (8th Cir. Sept. 15, 2008). Subsequently, the Supreme Court of the United States

reversed this court's judgment for the reasons articulated in the Supreme Court's opinion in <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010). <u>Astrue v. Wilson</u>, 130 S. Ct. 3450, 3450–51 (2010). Consequently, to the extent the Supreme Court did not vacate our prior order, we do so now.

_____